AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**23-294**

# UNITED STATES DISTRICT COURT
## for the
### District of Delaware

| | |
|---|---|
| Justin Erskine <br> *Petitioner* <br> v. <br> David Pierce, Warden <br> and <br> Attorney General of the State of Delaware <br> *Respondent* <br> (name of warden or authorized person having custody of petitioner) | Case No. _____ <br> (Supplied by Clerk of Court) |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Justin Erskine
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Sussex Correctional Institution
   (b) Address: 23203 Dupont Blvd
   Georgetown, DE 19947
   (c) Your identification number: #414890

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Kent County Superior Court, Dover DE
   (b) Docket number of criminal case: 0703019916
   (c) Date of sentencing: 06/22/2009
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:   Kent County Superior Court, Dover DE

   (b) Docket number, case number, or opinion number:   0703019916

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Conviction

   (d) Date of the decision or action:   06/22/2009

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes          ☐ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court:   Supreme Court for the State of Delaware

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:   416-2009
       (4) Result:   Affirmed
       (5) Date of result:   06/24/2010
       (6) Issues raised:   Prosecutorial Misconduct; Improper Jury Instructions

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☑ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes          ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2254**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes    ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2254 that challenged this conviction or sentence?

☑ Yes    ☐ No

If "Yes," provide:

(1) Name of court: District of Delaware
(2) Case number: Civil Actin No. 14-01468
(3) Date of filing: 12/21/2016
(4) Result: Petition Denied
(5) Date of result:
(6) Issues raised: See issues set forth at pages 6-7 of Memorandum in Support of this Petition.

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☑ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

---

(c) Explain why the remedy under 28 U.S.C. § 2254 is inadequate or ineffective to challenge your conviction or sentence: This is a new law, albeit from Second Circuit finding an autopsy report to be testimonial. There is no timeliness exception under 28 U.S.C. § 2254, which would allow for this filing, but the admission of the autopsy constitutes miscarriage of justice and the only remedy is under 28 U.S.C. § 2254.

11. **Appeals of immigration proceedings**

   Does this case concern immigration proceedings?
   ☐ Yes   ☒ No

   If "Yes," provide:
   (a) Date you were taken into immigration custody: _____
   (b) Date of the removal or reinstatement order: _____
   (c) Did you file an appeal with the Board of Immigration Appeals?
   ☐ Yes   ☐ No

   If "Yes," provide:
   (1) Date of filing: _____
   (2) Case number: _____
   (3) Result: _____
   (4) Date of result: _____
   (5) Issues raised: _____

   (d) Did you appeal the decision to the United States Court of Appeals?
   ☐ Yes   ☐ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Date of filing: _____
   (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes      ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: **PCRA under Rule 61**

(b) Name of the authority, agency, or court: **Superior Court of Kent County**

(c) Date of filing: 05/25/2011

(d) Docket number, case number, or opinion number: 0703019916

(e) Result: Affirmed; Both decisions appealed to Delaware Supreme Court - affirmed on 5/23/13; 8/21/14

(f) Date of result: 11/20/2012

(g) Issues raised: 1) Trial counsel may be be presumed ineffective for failing to subject the State's case to to meaningful adversarial testing: (a) pursuing duress defense; (b) failing to call defendant as witness.

2) Trial counsel committed specific errors causing prejudice and affecting the outcome of trial: (a) failing to call defendant as witness; (b) not providing full reports to professional witness; (c) not raising objection to State's perjorative comments during closing arguments.

3) Trial counsel is ineffective for not requesting specific instruction on credibility of accomplice testimony

4) Failure to properly advise Petitioner plea process

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** In Garlick v. Lee, 1 F. 4th 122 (2d Cir. 2021) cert. denied. 142 S. Ct. 1189 (2022), the Court for the first time found an autopsy report to be testimonial. Since this was testimonial, the testimony of the Medical Examiner which provided the causation element of Petitioner's guilt, was inadmissible as that doctor was a surrogate witness and Petitioner was denied the right to cross-examination

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
**See attached Memorandum of Law in Support of this Petition**

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes           ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Because the case law underlying this Petition was only recently issued and recently discovered within the last year.

### Request for Relief

15. State exactly what you want the court to do: Grant the writ and order a new trial

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03/15/2023

*Signature of Petitioner*

/s/ Jerome Brown
*Signature of Attorney or other authorized person, if any*